# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-386
_____

JEFFREY S. WAITES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
Ronald W. Flury, Judge.

July 18, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.